IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02244-MSK-KLM

JERRY ANGELY,
BERNICE ANGELY,
BEN BOUNDS,
MELANIE BOUNDS,
KENT SMITH,
LAURA SMITH,
THOMAS GONZALEZ, and
CHRISTINE GONZALES,

        Plaintiffs,

v.

PETROGLYPH OPERATING COMPANY, INC., a Kansas Corporation,
PETROGLYPH ENERGY, INC., an Idaho Corporation,
HI EXPLORATION COMPANY, an Idaho Corporation,
III EXPLORATION II LP, an Idaho Limited Partnership,
INTERMOUNTAIN INDUSTRIES, INC., an Idaho Corporation, and
THOMAS MELLAND, an individual,

        Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 21st day of October, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge