IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02244-MSK-KLM

JERRY ANGELY,
BERNICE ANGELY,
BEN BOUNDS,
MELANIE BOUNDS,
KENT SMITH,
LAURA SMITH,
THOMAS GONZALES, and
CHRISTINE GONZALES,

    Plaintiffs,

v.

PETROGLYPH OPERATING COMPANY, INC., a Kansas corporation,
PETROGLYPH ENERGY, INC., an Idaho corporation,
HI EXPLORATION COMPANY, an Idaho corporation,
III EXPLORATION II LP, an Idaho limited partnership,
INTERMOUNTAIN INDUSTRIES, INC., an Idaho corporation, and
THOMAS MELLAND, an individual,

    Defendant(s).

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendants' Motion for Protective Order** [Docket No. 19; Filed February 9, 2009] (the "Motion"). Plaintiffs do not oppose the entry of the Protective Order [Docket No. 23; Filed February 27, 2009].

IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part** and **denied in part.**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing an is entered as an Order of the Court with interlineations as of the date of this Minute Order.

Dated: April 17, 2009