**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: May 22, 2009 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-02244-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| JERRY ANGELY, | George Newnam |
| BERNICE ANGELY, | Gary Cowan |
| BEN BOUNDS, | |
| MELANIE BOUNDS, | |
| KENT SMITH, | |
| LAURA SMITH, | |
| THOMAS GONZALEZ, and | |
| CHRISTINE GONZALES, | |

      Plaintiffs,

v.

| | |
|---|---|
| PETROGLYPH OPERATING COMPANY, INC., a Kansas Corporation, | Jeff Dykes |
| PETROGLYPH ENERGY, INC., an Idaho Corporation, | Stephen Thomas (by telephone) |
| HI EXPLORATION COMPANY, an Idaho Corporation, | Kenneth Wonstolen |
| III EXPLORATION II LP, an Idaho Limited Partnership, | |
| INTERMOUNTAIN INDUSTRIES, INC., an Idaho Corporation, and | |
| THOMAS MELLAND, an individual, | |

      Defendants.

---

**COURTROOM MINUTES**

---

HEARING:   Evidentiary - Motion to Remand (Doc. #10)

**1:34 p.m.    Court in session.**

The Court addresses defendants' Motion for Leave to Present Remote Testimony (Doc. #46).

Argument by counsel Dykes and Cowan. Plaintiffs object to the motion.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**1:44 p.m.**     **Court in recess**
**1:52 p.m.**     **Court in session**

**ORDER:**     Motion for Leave to Present Remote Testimony (**Doc. #46**) is **GRANTED** insofar as the witness may testify remotely.  Counsel Stephen Thomas may not examine the witness or communicate with the witness at all during his testimony.

**Witness sworn for the defendant : Paul Powell :**
**1:55 p.m.**     Direct Examination by Mr. Dykes.

**EXHIBITS:  Received:**     4

Cross examination of witness by Mr. Newnam.

Redirect examination of witness by Mr. Dykes.

Defendant rests.

**Witness sworn for the plaintiff : Richard Goodwin :**
**2:28 p.m.**     Direct Examination by Mr. Newnam.

Cross examination of witness by Mr. Dykes.

No redirect testimony.

Plaintiff rests.

No rebuttal testimony.

Closing argument for the defendants by Mr. Dykes.

Closing argument for the plaintiffs by Mr. Newnam.

Rebuttal argument by Mr. Dykes.

**3:01 p.m.**     **Court in recess**
**3:12 p.m.**     **Court in session**

Oral findings are made of record and incorporated herein.

**ORDER:**     Plaintiff's Motion to Remand (**Doc. #10**) is **DENIED.**

**3:30 p.m.**     **Court in recess.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**Total Time:    1 hour 37 minutes.**
**Hearing concluded.**