IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02244-MSK-KLM

JERRY ANGELY,
BERNICE ANGELY,
BEN BOUNDS,
MELANIE BOUNDS,
KENT SMITH,
LAURA SMITH,
THOMAS GONZALES, and
CHRISTINE GONZALES,

    Plaintiffs,

v.

PETROGLYPH OPERATING COMPANY, INC., a Kansas corporation,
PETROGLYPH ENERGY, INC., an Idaho corporation,
III EXPLORATION COMPANY, an Idaho corporation,
III EXPLORATION II LP, an Idaho limited partnership,
INTERMOUNTAIN INDUSTRIES, INC., an Idaho corporation, and
THOMAS MELLAND, an individual,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Thomas Melland's Unopposed Motion for Leave to Not Attend the November 11 and 12 Settlement Conference** [Docket No. 63; Filed November 4, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated: November 5, 2009