IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02244-MSK-KLM

JERRY ANGELY,
BERNICE ANGELY,
BEN BOUNDS,
MELANIE BOUNDS,
KENT SMITH,
LAURA SMITH,
THOMAS GONZALEZ, and
CHRISTINE GONZALES,
    Plaintiffs,
v.

PETROGLYPH OPERATING COMPANY, INC., a Kansas Corporation,
PETROGLYPH ENERGY, INC., an Idaho Corporation,
HI EXPLORATION COMPANY, an Idaho Corporation,
III EXPLORATION II LP, an Idaho Limited Partnership,
INTERMOUNTAIN INDUSTRIES, INC., an Idaho Corporation, and
THOMAS MELLAND, an individual,
    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice (Motion) **(#78)** filed February 9, 2010. The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.

The Clerk shall close this case.

DATED this 9th day of February, 2010.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge